# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-4032-01-CR-C-NKL |
| ) | |
| ADAM LOUIE CORONADO, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendant Adam Louie Coronado, by consent, appeared before the undersigned on December 14, 2010, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, and has entered a plea of guilty to Counts One and Two of the Indictment filed on July 14, 2010. After cautioning and examining the defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the offenses to which the defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

IT IS, THEREFORE, RECOMMENDED that the plea of guilty be accepted and that defendant Adam Louie Coronado be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 14th day of December, 2010, at Jefferson City, Missouri.

/s/ *Matt J. Whitworth*

MATT J. WHITWORTH
United States Magistrate Judge